```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YAKOV DRABOVSKIY,                  :
                                   :CIVIL ACTION NO. 3:14-CV-485
        Petitioner,                :
                                   :(JUDGE CONABOY)
             v.                    :(Magistrate Judge Carlson)
                                   :
UNITED STATES OF AMERICA,          :
                                   :
        Respondent.                :
                                   :
```
___

ORDER

**AND NOW, THIS 31ˢᵗ DAY OF MARCH 2014, FOR THE REASONS DISCUSSED IN THE SIMULTANEOUSLY FILED MEMORANDUM, IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Carlson's Report and Recommendation (Doc. 3) is adopted in part;

2. Petitioner's claims regarding the constitutionality of the statute of conviction, 8 U.S.C. § 1253, which are properly raised in a 28 U.S.C. § 2255 motion are transferred to the United States District Court for the Western District of Louisiana pursuant to 28 U.S.C. § 1631;

3. Petitioner's claims regarding the constitutionality of statutes related to his order of removal are transferred to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631;

4. The petition is dismissed in all other respects;

5.  Petitioner's motion for leave to proceed *in forma pauperis*(Doc. 2) is granted for this filing only;

6.  The Clerk of Court is to mark this matter closed in this Court.

<u>S/Richard P. Conaboy</u>
RICHARD P. CONABOY
United States District Judge